# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:25-MJ-67 |
| CRISTHIAN ESTUARDO VAIDES FION aka "Ojo Loco" aka "Tuerco" | ) | FILED: **3/4/25** |
| | ) | U.S. DISTRICT COURT |
| | ) | EASTERN DISTRICT COURT |
| | ) | DAVID A. O'TOOLE, CLERK |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2015 to the present__ in the county of _____ in the _____ Republic of Columbia _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 963 | Conspiracy to Manufacture and Distribute 5 Kilograms or more of Cocaine Intending, Knowing, and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States |
| 21 U.S.C. § 959 | Manufacturing and Distributing Five Kilograms or More of Cocaine Intending, Knowing and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States |

This criminal complaint is based on these facts:

See DEA SA Jackie Cypert's affidavit attached hereto.

☑ Continued on the attached sheet.

*Complainant's signature* — Jackie Cypert — March 3, 2025

SA Jackie Cypert / DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by:

*(specify reliable electronic means).*

*Judge's signature* — 03/04/2025 16:03:50

Date: 03/04/2025

City and state: Plano, Texas

Bill Davis, U.S. Magistrate Judge
*Printed name and title*